FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

2007 NOV 29  12: 09

CENTRAL DIVISION

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

| | |
|---|---|
| DANIEL DAVID EGLI,<br><br>                 Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                 Respondent.. | ORDER<br><br><br><br><br><br>Case No. 2:07 CV 901 TC |

      Pro se petitioner, Daniel David Egli, was sentenced by the court on March 14, 2005 in criminal case 2:04 CR 577. Petitioner now brings a motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure asking the court to correct or reduce his sentence. Petitioner is not entitled to relief under Rule 35 because a motion under this rule must be brought by the government.

      To the extent that the Petitioner is seeking relief under 28 U. S. C. § 2255, relief cannot be granted because it is time-barred. Under 28 U.S.C. § 2255, Mr. Egli had one year from "the date on which the judgment of conviction bec[ame] final" to file his petition. Here, Mr. Egli's judgment and conviction was entered on March 14, 2005. (See United States v. Daniel David Egli, Case No. 2:04-CR-577, Judgment in a Criminal Case (Dkt.# 24).) Under Federal Rule of Appellate Procedure 4(b), Mr. Egli had ten days from March 14, 2005 (excluding weekends and holidays), or until March 28, 2005, to appeal his conviction. He did not appeal. Accordingly, his

Judgment of Conviction became final on March 28, 2005, when his time for filing a notice of appeal expired. As a result, the one-year time period for Mr. Egli's § 2255 petition began to run on March 28, 2005, and expired on March 28, 2006.

Mr. Egli did not file the current petition until November 19, 2007, more than nineteen months after the expiration of the one-year time period. Accordingly, because Mr. Egli did not file his petition within one year of the date his judgment became final, and because he provided no reason for his failure to file his petition before March 28, 2006, his petition is barred, and must be denied.

### ORDER

For the foregoing reasons, the relief requested by the Petitioner is DENIED

DATED this **28** day of November, 2007.

BY THE COURT:

TENA CAMPBELL
Chief Judge